UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 23-CR-01473-W |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE** |
| v. | |
| GREGORIO ESTRADA-VARGAS, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Motion Setting currently scheduled for July 31, 2023 is vacated and a Status Hearing is set for September 18, 2023, at 9:00 a.m.

It is further ordered that time between July 31, 2023 and September 18, 2023 shall be excluded under the Speedy Trial Act to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. For the reasons stated in the parties' joint motion, the ends of justice served by granting the continuance outweigh the best interest of the public and defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED: 7/26/23          By: _____
                             Honorable Thomas J. Whelan
                             United States District Judge