# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. THOMAS J. WHELAN)

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO.: 23-cr-01473-W |
| Plaintiff, | **ORDER CONTINUING STATUS HEARING** |
| v. | |
| GREGORIO ESTRADA-VARGAS, | |
| Defendant. | |

Upon request of the Defendant, Gregorio Estrada-Vargas, by and through his counsel, David S. Wilson, and good cause appearing:

Mr. Estrada-Vargas's Status Hearing is continued to November 6, 2023 at 9:00 a.m. Court finds valid excludable time under the Speedy Trial Act.

SO ORDERED:

DATE: 9/11/23

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE